FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0031

_____

ESTATE OF NICHOLAS TYSON FRAZIER;
And JEANETTE YOUNG; by and through
Personal Representative Brittney King f/k/a/
Brittney Chatriand;

      Plaintiffs and Appellants,

  v.

ERIK MILLER and JOHN DOES 1-10,

      Defendant, Appellee,
      and Cross-Appellant.

O R D E R

_____

Appellee Erik Miller, by counsel, has filed an unopposed motion for extension of time, until January 29, 2021, within which to file his reply to Appellant's cross-appeal.

Pursuant to M. R. App. 12(4), "the cross-appellant shall file the cross-appeal reply brief within 14 days after service of the cross-appeal answer brief."

Appellant's reply and answer to cross-appeal brief was filed on November 25, 2021; thus, Appellee's reply brief is currently due December 9, 2020.

IT IS ORDERED that Appellee has until January 8, 2021, to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2020